UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:24-cv-02615-FLA-MAA**                                                              Date: **March 5, 2025**

Title       **Armani Marsalis Gates I v. Martin O'Malley**

---

Present:   The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:
N/A                                                                N/A

**Proceedings (In Chambers):   Order to Show Cause Re: Dismissal for Lack of Prosecution**

On January 15, 2024, the Court issued an Order denying Plaintiff's request to present his arguments orally rather than by filing a brief for the requested relief, discharging a previous order to show cause, and *sua sponte* extending the deadline for Plaintiff to file his opening brief to no later than February 13, 2025.  (ECF No. 15.)  To date, Plaintiff has not filed his opening brief.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by **March 26, 2025** why the Court should not recommend that the lawsuit be dismissed for failure to prosecute and comply with a Court order.  If Plaintiff files a brief for the requested relief on or before March 26, 2025, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is cautioned that failure to respond to this Order may result in a recommendation that the Complaint be without prejudice for failure to prosecute and/or failure to comply with a Court order pursuant to Federal Rule of Civil Procedure 41(b).  See** C.D. Cal. L.R. 41-1.

It is so ordered.