UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANI MARSALIS GATES,<br><br>    Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:24-cv-02615-FLA (MAAx)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [DKT. 23]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the records on file herein and the Report and Recommendation of United States Magistrate Judge. Dkt. 23. Further, the time for filing objections has expired and no objections have been made. The court accepts the findings and recommendations of the Magistrate Judge.

The court ORDERS as follows:

1. The Report and Recommendation of United States Magistrate Judge is ACCEPTED; and
2. Judgment shall be ENTERED reversing the final decision of the Commissioner and remanding this matter for further administrative proceedings.

IT IS SO ORDERED.

Dated: August 18, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge