JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANI MARSALIS GATES,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>    Respondent. | Case No. 2:24-cv-02615-FLA (MAAx)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings.

DATED: August 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge